IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 06-140 |
| | : | |
| v. | : | CIV. A. NO. 12-85 |
| | : | |
| RAYMOND MAINOR | : | |

STENGEL, J.                                                                                          April 24, 2014

# ORDER

The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence filed by Defendant Raymond Mainor (Doc. No. 172) is **DENIED**. The Supplemental Motion to Defendant's Motion filed Pursuant to 28 U.S.C. § 2255 (Doc. No. 189) is **DENIED**.

No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2).

BY THE COURT:


/s/ Lawrence F. Stengel_____
LAWRENCE F. STENGEL, J.