# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | NO. 06-0140-01 |
| RAYMOND MAINOR | : | |

## **O R D E R**

**AND NOW,** this 26th day of October, 2017, upon consideration of the defendant's "motion for reduction of sentence in light of USSG Amendment 782 pursuant to 18 U.S.C. § 3582(c)(2)" (Document #228), and the government's response in opposition thereto (Document #230), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.