# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 06-140-1 |
| RAYMOND MAINOR | |

## O R D E R

**AND NOW**, this 29th day of July, 2019, upon consideration of Raymond Mainor's Motion for Reduction of Sentence (ECF No. 246), and the Government's Response thereto (ECF No. 253), **IT IS HEREBY ORDERED** that Mainor's Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Mainor's motion to reduce his term of imprisonment is **DENIED**.

2. Mainor's motion to reduce his term of supervised release is **GRANTED**. Mainor's term of supervised release is **REDUCED** from 240 months to 192 months.

                                                    **BY THE COURT:**

                                                    /s/ Wendy Beetlestone
                                                    _____
                                                    **WENDY BEETLESTONE, J.**