**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | **NO. 06-140-1** |
| **RAYMOND MAINOR** | |

**O R D E R**

**AND NOW**, this 19th day of January, 2021, upon consideration of Raymond Mainor's Motion for Compassionate Release (ECF 269) and the Government's Response thereto (ECF 271 and 272), **IT IS ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**